AO 442 (Rev. 11/11) Arrest Warrant

FID

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

RECEIVED USMS ORLANDO
2024 APR 11 AM 11:17

FILED - USDC - FLMD - ORL
APR 23 2024 AM 9:53

| United States of America | ) |
| v. | ) |
| ADON O. HEMLEY | ) Case No. 6:24-cr- 91 - WWB - EJK |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ADON O. HEMLEY,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States, all in violation of 18 U.S.C. § 371
Aiding in the Preparation and Presentation of a False Tax Return, in violation of 26 U.S.C. § 7206(2)

Date: 4/10/24

*Issuing officer's signature*

City and state: Orlando, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4-10-24, and the person was arrested on *(date)* 4-23-24
at *(city and state)* MIRAMAR, FL.

Date: 4-23-2024

*Arresting officer's signature*

DAVID STEINBERG, AUSY
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

FID 11661695

RECEIVED USMS ORLANDO
2024 APR 11 AM 11:17

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

**SEALED**

United States of America
v.
ADON O. HEMLEY

Defendant

Case No. 6:24-cr-91-WWB-EJK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ADON O. HEMLEY,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Defraud the United States, all in violation of 18 U.S.C. § 371
Aiding in the Preparation and Presentation of a False Tax Return, in violation of 26 U.S.C. § 7206(2)

Date: 4/10/24

*Issuing officer's signature*

City and state: Orlando, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4-10-24, and the person was arrested on *(date)* 4-23-24
at *(city and state)* Miramar, FL.

Date: _____

*Arresting officer's signature*

Executed by USMS
arrested by IRS. Heidi Schroeder
4/03/24

*Printed name and title*