# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | { |
| | {  CASE NO.: 6:24-CR-00091-WWB-EJK-5 |
| **v.** | { |
| | { |
| **ABRYLE Y DE LA CRUZ** | { |

## NOTICE OF APPEARANCE

**COMES NOW**, Ken Eulo, Esq., and files this Notice of Appearance on behalf of the Defendant ABRYLE Y DE LA CRUZ, in the above-styled cause of action and enters a written plea of not guilty and asked that all discovery, notices and correspondence regarding this case be mailed to the Office of Smith & Eulo Law Firm, located at 1105 E Concord Street, Orlando, FL 32803 or emailed to Keulo@smithandeulo.com.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this original document has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney on this day of April 23, 2024.

**SMITH & EULO, PLLC**

By: _/s/ Ken Eulo_
Ken R. Eulo
Attorney at Law
Florida Bar No. 89641
Smith & Eulo Law Firm, PLLC
1105 E Concord Street
Orlando, FL 32803
keulo@smithandeulo.com
(407) 930-8912