UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                        CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES

## NOTICE OF MAXIMUM PENALTIES

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, stating as follows:

## PENALTIES

As to Emmanuel M. Almonor, Franklin L. Carter Jr., Jonathan Carrillo, Diandre T. Mentor, Abryle Y. De La Cruz, and Adon O. Hemley, the penalties for the offense charged in Count One of the Indictment are a maximum of 5 years' imprisonment; a fine of up to $250,000, or twice the gross gain or twice the gross loss arising from the offense, whichever is greater; a term of supervised release of up to 3 years; and a $100 special assessment. *See* 18 U.S.C. § 371.

As to Jonathan Carrillo, the penalties for the offenses charged in Counts Two through Four of the Indictment are a maximum of 3 years' imprisonment; a fine of up to $100,000, or twice the gross gain or twice the gross loss arising from the offense, whichever is greater; a term of supervised release of up to 1 year; and a $100 special assessment. *See* 26 U.S.C. § 7206.

As to Diandre T. Mentor, the penalties for the offenses charged in Counts Five through Seven of the Indictment are a maximum of 3 years' imprisonment; a fine of up to $100,000, or twice the gross gain or twice the gross loss arising from the offense, whichever is greater; a term of supervised release of up to 1 year; and a $100 special assessment. *See* 26 U.S.C. § 7206.

As to Abryle Y. De La Cruz, the penalties for the offenses charged in Counts Eight through Twelve of the Indictment are a maximum of 3 years' imprisonment; a fine of up to $100,000, or twice the gross gain or twice the gross loss arising from the offense, whichever is greater; a term of supervised release of up to 1 year; and a $100 special assessment. *See* 26 U.S.C. § 7206.

As to Adon O. Hemley, the penalties for the offenses charged in Counts Thirteen and Fourteen of the Indictment are a maximum of 3 years' imprisonment; a fine of up to $100,000, or twice the gross gain or twice the gross loss arising from the offense, whichever is greater; a term of supervised release of up to 1 year; and a $100 special assessment. *See* 26 U.S.C. § 7206.

As to Isaiah Hayes, the penalties for the offenses charged in Counts Fifteen through Twenty of the Indictment are a maximum of 3 years' imprisonment; a fine of up to $100,000, or twice the gross gain or twice the gross loss arising from the offense, whichever is greater; a term of supervised release of up to 1 year; and a $100 special assessment. *See* 26 U.S.C. § 7206.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   /s/ *Sarah Megan Testerman*
       Sarah Megan Testerman
       Assistant United States Attorney
       Florida Bar No. 0124884
       400 W. Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone:  (407) 648-7500
       Facsimile:   (407) 648-7643
       E-mail: megan.testerman@usdoj.gov

U.S. v. Emmanuel M. Almonor et al().    Case No. 6:24-cr-91-WWB-EJK

## CERTIFICATE OF SERVICE

  I hereby certify that on April 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to each defense counsel of record.

.

         /s/ *Sarah Megan Testerman*
         Sarah Megan Testerman
         Assistant United States Attorney
         Florida Bar No. 0124884
         400 W. Washington Street, Suite 3100
         Orlando, Florida 32801
         Telephone: (407) 648-7500
         Facsimile: (407) 648-7643
         E-mail: megan.testerman@usdoj.gov