# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                  CASE NO: 6:24-cr-91-WWB-EJK

**JONATHAN CARRILLO**

AUSA: Megan Testerman

Defense Attorney: Jenn Kelly, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 24, 2024**<br>2:42 P.M.-3:15 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 16 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | | PRETRIAL/PROB: | Sofia Kollaian |

### CLERK'S MINUTES
### INITIAL APPEARANCE/ARRAIGNMENT

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant - No issue as to competency.
Court advises defendant of his rights.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defense oral motion for appointment of counsel-Motion granted- Court appoints FPD- Order to be entered.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Court sets trial term of June 3, 2024, before Judge Berger- Criminal Scheduling Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government oral motion for release- Motion granted Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned.