**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**
        **Plaintiff,**

vs.                              Case No: 6:24-cr-00091-WWB-EJK

**EMMANUEL ALMONOR,**
        **Defendant.**

## NOTICE OF APPEARANCE

Robert Mandell of the law firm of Mandell Law, P.A., hereby files this, Notice of Appearance as counsel for the Defendant, EMMANUEL ALMONOR, Attorney, Asad Ali, Esquire will act as Co-Counsel for the Defendant, in the above referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon him and lead counsel at the below listed address.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2024, a true and correct copy of the foregoing has been furnished by CM/ECF to the Assistant United States Attorney Megan Testerman and Chauncey A. Bratt.

                                                  /s/ Robert Mandell
                                                  **Robert Mandell, Esq.**
                                                  FBN: 15484
                                                  /s/Asad Ali
                                                  **Asad Ali, Esq.**
                                                  FBN : 11187
                                                  MANDELL LAW P.A.
                                                  189 S. Orange Ave. Suite 810
                                                  Orlando, FL 32801
                                                  Tel: (407)-956-1180
                                                  Fax: (407)-386-9550
                                                  Email: rmandell@fightforyou.org
                                                  aali@fightforyou.org