# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                   **CASE NO: 6:24-cr-91-WWB-EJK**

**EMMANUEL M ALMONOR**

AUSA: Megan Testerman

Defense Attorney: Asad Ali, Retained Counsel

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **April 26, 2024**<br>2:36 P.M-3:01 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 12 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Sofia Kollaian |

**CLERK'S MINUTES**
**INITIAL APPEARANCE/ARRAIGNMENT**

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant - No issue as to competency.
Court advises defendant of his rights.
Government summarizes the counts in the Indictment and advises of the potential penalties.
Defendant waives formal reading of Indictment and enters a plea of not guilty.
Court sets trial term of June 3, 2024, before Judge Berger- Criminal Scheduling Order to be entered.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Government oral motion for release- Motion granted Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned.