UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.	CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES,

    Defendants.
_____/

NOTICE OF APPEARANCE

The undersigned attorney, MATTHEW P. FERRY, of LINDSEY, FERRY & PARKER, P.A., file this his Notice of Appearance on behalf of the Defendant, FRANKLIN CARTER, JR., in the above-styled cause.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2024, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: 1) Chauncey Arthur Bratt, Assistant United States Attorney, United States Attorney's Office, 400

W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov, 2) Megan Testerman, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, megan.testerman@usdoj.gov, 3) Ken Eulo, Jr., Attorney for Co-Defendant, Smith & Eulo Law Firm, 32 N. Kirkman Road, Orlando, FL 32811, keulo@smithandeulo.com, 4) Asad Ali,, Attorney for Co-Defendant, Mandell Law, P.A. 189 S. Orange Ave., Suite 810, Orlando, FL 32801, aali@fightforyou.org,, 5) Jenna N. Kelly, Attorney for Co-Defendant, Federal Public Defender's Office, 201 S. Orange Ave., Suite 300, Orlando, FL 32801, jenna_kelly@fd.org, 6) Robert I. Mandell, Attorney for Co-Defendant, Mandell Law, P.A., 189 S. Orange Ave., Suite 810, Orlando, FL 32801, rmandell@fightforyou.org, and 7) David Anthony Wilson, Attorney for Co-Defendant, Law Office of David A. Wilson, 201 SW 2nd St., Suite 101, Ocala, FL 34471, david@dwilsonlaw.com.

        s/ Matthew P. Ferry
MATTHEW P. FERRY, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:*  P.O. Box 505
Winter Park, FL 32790
Telephone:  (407) 644-4044
Facsimile:  (407) 599-2207
Attorneys for the Defendant.
matt@lindseyferryparker.com
Florida Bar No. 28950