# UNITED STATES DISTRICT COURT
### FOR THE
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                    **Case No: 6:24-cr-91-WWB-EJK-3**

**JONATHAN CARRILLO,**

**Defendant.**
_____/

**NOTICE OF APPEARANCE**

       The undersigned attorney of The Umansky Law Firm, files this Notice of Appearance on behalf of the Defendant, Jonathan Carrillo in the above-styled cause.

       The Clerk is requested to enter the appearance of Brice L. Aikens as counsel for the Defendant.

       Dated at Orlando, Orange County, Florida on May 3rd, 2024.

_____
Brice L. Aikens, B.C.S.
Fla. Bar No. 0025655
THE UMANSKY LAW FIRM
Post Office Box 533069
Orlando, Florida  32853-3069
(407) 228-3838  Fax (407) 228-9545
baikens@thelawman.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using CM/ECF system which will send a notice of electronic filing to Sarah Megan Testerman, Assistant United States Attorney, this third day of May 2024.

_____
Brice L. Aikens, B.C.S.
Fla. Bar No. 0025655
THE UMANSKY LAW FIRM
Post Office Box 533069
Orlando, Florida  32853-3069
(407) 228-3838  Fax (407) 228-9545
baikens@thelawman.net