UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: megan.testerman@usdoj.gov

U.S. v. Almonor et al.                           Case No. 6:24-cr-91-WWB-EJK

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ken Eulo, Counsel for De La Cruz
Matthew Ferry, Counsel for Carter
Joseph Johnson, Counsel for Hemley
Jenna Kelly, Counsel for Carrillo
Robert Mandell & Asad Ali, Counsel for Almonor
Michael Nielsen, Counsel for Mentor
David Wilson, Counsel for Hayes

                                        /s/ Sarah Megan Testerman
                                        Sarah Megan Testerman
                                        Assistant United States Attorney
                                        Florida Bar No. 0124884
                                        400 W. Washington Street, Suite 3100
                                        Orlando, Florida 32801
                                        Telephone: (407) 648-7500
                                        Facsimile: (407) 648-7643
                                        E-mail: megan.testerman@usdoj.gov