UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES

**GOVERNMENT'S NOTICE OF
ESTIMATED LENGTH OF TRIAL**

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby advises the Court that should this case go to trial, it is estimated that the length will be five days.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: megan.testerman@usdoj.gov

U.S. v. Almonor et al.                                  Case No. 6:24-cr-91-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ken Eulo, Counsel for De La Cruz
Matthew Ferry, Counsel for Carter
Joseph Johnson, Counsel for Hemley
Jenna Kelly, Counsel for Carrillo
Robert Mandell & Asad Ali, Counsel for Almonor
Michael Nielsen, Counsel for Mentor
David Wilson, Counsel for Hayes

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: megan.testerman@usdoj.gov