UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES

**NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

Ken Eulo, Counsel for De La Cruz
Matthew Ferry, Counsel for Carter
Joseph Johnson, Counsel for Hemley
Jenna Kelly, Counsel for Carrillo
Robert Mandell & Asad Ali, Counsel for Almonor
Michael Nielsen, Counsel for Mentor
David Wilson, Counsel for Hayes

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/Sarah Megan Testerman*
      Sarah Megan Testerman
      Assistant United States Attorney
      Florida Bar No. 0124884
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:  (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail: megan.testerman@usdoj.gov

U.S. v. Almonor et al.                                                 Case No. 6:24-cr-91-WWB-EJK

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ken Eulo, Counsel for De La Cruz
    Matthew Ferry, Counsel for Carter
    Joseph Johnson, Counsel for Hemley
    Jenna Kelly, Counsel for Carrillo
    Robert Mandell & Asad Ali, Counsel for Almonor
    Michael Nielsen, Counsel for Mentor
    David Wilson, Counsel for Hayes

    */s/ Sarah Megan Testerman*
    Sarah Megan Testerman
    Assistant United States Attorney
    Florida Bar No. 0124884
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:    (407) 648-7500
    Facsimile:    (407) 648-7643
    E-mail: megan.testerman@usdoj.gov