UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES

**NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒ IS  related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

Jonathan Carrillo-Ninth Judicial Circuit #2022-CF-012566-A-O
Isaiah Hayes- Ninth Judicial Circuit #2022-CF-012566-D-O

☐ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon

each party no later than eleven days after appearance of the party.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Sarah Megan Testerman*
        Sarah Megan Testerman
        Assistant United States Attorney
        Florida Bar No. 0124884
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:  (407) 648-7500
        Facsimile:   (407) 648-7643
        E-mail: megan.testerman@usdoj.gov

U.S. v. Almonor et al.                                   Case No. 6:24-cr-91-WWB-EJK

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ken Eulo, Counsel for De La Cruz
Matthew Ferry, Counsel for Carter
Joseph Johnson, Counsel for Hemley
Jenna Kelly, Counsel for Carrillo
Robert Mandell & Asad Ali, Counsel for Almonor
Michael Nielsen, Counsel for Mentor
David Wilson, Counsel for Hayes

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: megan.testerman@usdoj.gov