**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**
    **Plaintiff,**

vs.                                         Case No: 6:24-cr-00091-WWB-EJK

**EMMANUEL ALMONOR,**
    **Defendant.**

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the Defendant, Emmanuel Almonor, by and through the undersigned attorney, pursuant to Rules of the District Court of the United States for the Middle District of Florida Rule 3.09 and moves this Court to enter its Order granting a continuance of the Status Hearing scheduled for May 14, 2024, and Trial Term to begin on June 3, 2024. As grounds in support of this motion, the Defendant would show:

1. On April 10, 2024, the Defendant was indicted in the above captioned matter and was arrested on April 26, 2024, and arraigned.

2. The undersigned is currently awaiting discovery in this case and is providing a hard drive in which the U.S. Government may provide us their considerable amount of discovery for which we are waiting to review and investigate; discovery is open and ongoing or will be upon receipt of it.

3. Defense counsel is by no means able to provide status for the Court or be ready for a June 3rd Trial Term.

4. Assistant United States Attorney, Megan Testerman, has no objections to a continuance of sixty (60) days.

WHEREFORE, the Defendant moves the honorable Court to enter its Order granting the Defendant's Unopposed Motion for Continuance of sixty (60) days, in the above styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2024, a true and correct copy of the foregoing has been furnished by CM/ECF to the Assistant United States Attorney Megan Testerman and Chauncey A. Bratt.

/s/ Robert Mandell
**Robert Mandell, Esq.**
FBN: 15484
/s/Asad Ali
**Asad Ali, Esq.**
FBN : 11187
MANDELL LAW P.A.
189 S. Orange Ave. Suite 810
Orlando, FL 32801
Tel: (407)-956-1180
Fax: (407)-386-9550
Email: rmandell@fightforyou.org
aali@fightforyou.org