UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                        CASE NO. 6:24-cr-91-WWB-EJK

EMMANUEL M. ALMONOR
FRANKLIN L. CARTER JR.
JONATHAN CARRILLO
DIANDRE T. MENTOR
ABRYLE Y. DE LA CRUZ
ADON O. HEMLEY
ISAIAH J. HAYES,

    Defendants.
_____/

MOTION TO MODIFY CONDITIONS OF RELEASE
TO ALLOW CONTACT WITH CO-DEFENDANT

The Defendant, FRANKLIN L. CARTER JR., by and through his undersigned counsel and pursuant to 18 U.S.C. § 3142, hereby respectfully requests this Honorable Court enter an Order modifying his conditions of release to allow him to have contact with Co-Defendant, ABRYLE Y. DE LA CRUZ, and in support states the following:

On April 23, 2024, as a condition of his release the Defendant was ordered not to have any contact with any of the named co-defendants, except through Counsel.

The Defendant, FRANKLIN L. CARTER, JR. (hereinafter referred to as "Mr. Carter"), and Co-Defendant, ABRYLE Y. DE LA CRUZ (hereinafter "Ms. De La Cruz"), have a minor son in common. Since Mr. Carter's release, he has not been able to have contact with Ms. De La Cruz, the mother of his son, regarding finances, custody, childcare, etc. There is no formal court order or parenting plan in place. Mr. Carter and Ms. De La Cruz handle the parenting amicably.

The Defendant wants to maintain contact with his minor child and Ms. De La Cruz to ensure the financial obligations and the care of the minor child is handled appropriately.

Since the Defendant's release in April 2024, he has complied with all conditions of release. The Defendant has no prior criminal history. The current conditions of release do not protect the community from any further harm and restrictions placed upon him in maintaining no contact with Ms. De La Cruz has adversely affected their minor child in common.

Pursuant to Local Rule 3.01(g), the undersigned attorney certifies that he conferred with Assistant United States Attorney Megan Testerman and she agrees to allow an exception to the no-contact rule in allowing Mr. Carter to have contact with Ms. De La Cruz for the limited purpose of discussing any issues related to their mutual minor child, however, she objects to any request to completely remove the no-

2

contact condition of Mr. Carter's release.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2024, I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: 1) Chauncey Arthur Bratt, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, chauncey.bratt@usdoj.gov, 2) Megan Testerman, Assistant United States Attorney, United States Attorney's Office, 400 W. Washington Street, Suite 3100, Orlando, FL 32801, megan.testerman@usdoj.gov, 3) Ken Eulo, Jr., Attorney for Co-Defendant, Smith & Eulo Law Firm, 32 N. Kirkman Road, Orlando, FL 32811, keulo@smithandeulo.com, 4) Asad Ali,, Attorney for Co-Defendant, Mandell Law, P.A. 189 S. Orange Ave., Suite 810, Orlando, FL 32801, aali@fightforyou.org,, 5) Brice L. Aikens, Attorney for Co-Defendant, 1945 E. Michigan Street, Orlando, FL 32806, baikens@thelawman.net, 6) Robert I. Mandell, Attorney for Co-Defendant, Mandell Law, P.A., 189 S. Orange Ave., Suite 810, Orlando, FL 32801, rmandell@fightforyou.org, 7) David Anthony Wilson, Attorney for Co-Defendant, Law Office of David A. Wilson, 201 SW 2nd St., Suite 101, Ocala, FL 34471, david@dwilsonlaw.com, 8) Joseph R. Johnson, Attorney for Co-Defendant, Law

Office of Joseph R. Johnson, P.O. Box 798, Ocoee, FL 34761, jrjohnsonlaw@aol.com, and 9) Michael William Nielsen, Attorney for Co-Defendant, Nielsen Law Firm, 720 W. S.R. 434, Winter Springs, FL 32708, nielsenlaw@cfl.rr.com.

        s/ Matthew P. Ferry
MATTHEW P. FERRY, of
LINDSEY, FERRY & PARKER, P.A.
341 N. Maitland Avenue, Suite 130
Maitland, FL 32751
*Mail:* P.O. Box 505
Winter Park, FL 32790
Telephone: (407) 644-4044
Facsimile: (407) 599-2207
Attorneys for the Defendant.
matt@lindseyferryparker.com
Florida Bar No. 28950

4