UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No. 6:24-Cr-91-WWB-EJK

**UNITED STATES,**

  Plaintiff,

vs.

**ADON O. HEMLEY,**

  Defendant.

_____/

## MOTION TO TRAVEL

**COMES NOW** the Defendant, **Adon O. Hemley**, by and through undersigned counsel, and hereby moves this Honorable Court to issue an Order allowing the Defendant to Travel outside the Middle District of Florida while on pre-trial release. As grounds for this motion, the defense cites the following:

1. The Defendant is a United States Citizen.

2. Mr. Hemley was born in Manderville, Jamaica in 1990.

3. In or about 2007, Mr. Hemley became a naturalized U.S. Citizen.

4. Mr. Hemley has turned in his U.S. Passport to pre-trial services.

1

5. Upon his arrest, a pre-trial services report was prepared which showed no criminal history.

6. Mr. Hemley was arrested in the Southern District of Florida on or about April 23rd, 2024.

7. Mr. Hemley was allowed released and did travel to the Middle District of Florida for his arraignment.

8. Mr. Hemley has previously traveled to Jamaica (2022), China (2018), and Canada (2023).

9. Mr. Hemley has advised undersigned counsel that his family is having a reunion in Jamaica in July 2024 and he was hoping to attend.

10. Undersigned counsel believes that the reunion is supposed to occur in or around Montigo Bay, Jamaica, but is not certain of the specifics.

11. Of course, if Mr. Hemley is allowed to travel outside of the United States, a specific itinerary could be furnished to pre-trial services.

12. Undersigned counsel has spoken with Assistant U.S. Attorney Sarah Megan Testerman and she objects to the Defendant being allowed to travel outside the United States.

13. Approximately 5 days ago to obtain her position on this Motion to Travel,

but has not received a reply.

14. If necessary, Mr. Hemley could appear before a United States Magistrate to testify concerning additional details of this family reunion.

**WHEREFORE,** the Defendant requests that this Honorable Court temporarily allow the Defendant to have his U.S. Passport returned from the United States so he could travel to this family event.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the preceding document has been furnished, via the federal e-filing portal, to the Office of the U.S. Attorney, AUSA Sarah Megan Testerman, Middle District of Florida, Orlando, Florida, on this 27th day of May, 2024.

By: **s/Joseph R. Johnson**
**Joseph R. Johnson, Esq.**
**Florida Bar No.:  0002290**
**JOSEPH R. JOHNSON, P.A.**
**P.O. BOX 798**
**Ocoee, FL  34761**
**Phone:  (407) 889-5401**
**JRJohnsonlaw@aol.com**