# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA { CASE NO.:6:24-CR-00091-WWB-EJK-5
{
v.                                                 {
{
ABRYLE Y DE LA CRUZ              {

---

## MOTION TO MODIFY PRETRIAL RELEASE
## CONDITIONS TO TRAVEL

**COMES NOW** the undesigned attorney, Ken Eulo, Esq., and files this motion to modify pretrial release conditions to travel for the Defendant. As grounds for the motion, the Defense provides the following:

1. The Defendant was placed on pretrial release supervision with conditions, as part of his release.
2. The Defendant is asking to Travel to the Dominican Republic on June 27, 2024 to July 4, 2024.
3. Then to travel to Utica, New York on July 7, 2024 to July 14, 2024 to visit family.
3. Accordingly, Defense Counsel and the Defendant respectfully asks that this Court grant this motion and allow the Defendant to travel while on pretrial release supervision on the above dates and locations.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this original document has been electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney and the Honorable Judge, on this day of June 7, 2024.

                                        **SMITH & EULO, PLLC**

By: _/s/ Ken Eulo_____

Ken R. Eulo
Attorney at Law
Florida Bar No. 89641
Smith & Eulo Law Firm, PLLC
1105 E Concord Street, Orlando, FL 32803
keulo@smithandeulo.com
(407) 930-8912