UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**
       **Plaintiff,**

vs.                                              **Case No: 6:24-cr-00091-WWB-EJK**

**EMMANUEL ALMONOR,**
       **Defendant.**

### DEFENDANT'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

COMES NOW the Defendant, Emmanuel Almonor, by and through the undersigned attorney, pursuant to Rules of the District Court of the United States for the Middle District of Florida Rule 3.09 and moves this Court to enter its Order granting permission to appear telephonically for the Status Hearing scheduled for July 9, 2024, and as grounds in support of this motion, the Defendant would show:

1. June 24, 2024, the undersigned counsel appeared for jury selection and trial in Duval County on Case No.: 2021-CF-009830A, before the Honorable Lindsay Tygart. During jury selection, the panel was struck, and the week-long trial was rescheduled to recommence on July 8, 2024.

2. The pending Status Hearing scheduled for July 9, 2024, in the instant case will be difficult to rescheduled due to the multiple number of co-defendants, which would cause multiple matters being continued. As such, the undersigned counsel respectfully requests that this Court allow the undersigned to appear for the Status Hearing telephonically.

3. Assistant United States Attorney, Chauncey Bratt, has stated there is no objection to our appearing telephonically for the 7/09/24, Status Hearing.

WHEREFORE, the Defendant moves the honorable Court to enter its Order granting the Defendant's Unopposed Motion to Appear Telephonically for the Status Hearing on July 9, 2024, in the above styled cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2024, a true and correct copy of the foregoing has been furnished by CM/ECF to the Assistant United States Attorney Megan Testerman and Chauncey A. Bratt.

/s/ Robert Mandell
**Robert Mandell, Esq.**
FBN: 15484
/s/Asad Ali
**Asad Ali, Esq.**
FBN : 11187
MANDELL LAW P.A.
189 S. Orange Ave. Suite 810
Orlando, FL 32801
Tel: (407)-956-1180
Fax: (407)-386-9550
Email: rmandell@fightforyou.org
aali@fightforyou.org