**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNTIED STATES OF AMERICA,
    Plaintiff,

v.                                               CASE NO.: 6:24-cr-91-WWB-EJK-3

JONATHAN CARRILLO,
    Defendant.
_____/

## MOTION TO MODIFY CONDITIONS OF RELEASE

**COMES NOW** the Defendant, by and through undersigned counsel, requesting that this Honorable Court enter an order to modify the conditions of Pretrial Release pursuant to the Order at Doc. 46 (Order), and pursuant to 18 U.S.C. § 3142. As grounds thereof, the Defendant would state unto this Honorable Court the following:

1. On April 10, 2024, a grand jury returned the Indictment charging the Defendant and 6 other co-defendants with a total of two offenses.
2. That a condition of the Defendant's release was location monitoring via GPS, a curfew from 10pm to 6am; and travel restricted to the Middle District of Florida (Doc. 46).
3. None of the other six co-defendants facing the same charges as the Defendant are subject to location monitoring via GPS and/or a curfew. (Docs. 24, 25, 41, 62, 68, & 71).

4. That the Defendant has been in compliance of all conditions since the date of his release; to include maintaining employment in the trucking industry, which has been hindered due to the release conditions.

5. Reasons for the request to modify the Defendant's current release conditions include, but are not limited to: the curfew and GPS monitor prohibits the Defendant from taking jobs outside the curfew hours and because his travel is restricted to the Middle District of Florida, the Defendant is limited on the opportunities of employment to provide for himself and has missed out entirely on employment opportunities because the travel goes beyond the boundary of the Middle District of Florida.

6. That the Defendant does not have a passport.

7. That the Defendant would request that this Honorable Court to delete the GPS monitor requirement, while maintaining contact with Pretrial Services in regards to his location and schedule, i.e. a daily phone call to Pretrial Services; that the Defendant's curfew be modified to allow for work outside of the imposed curfew of 10pm to 6am; and the Defendant be permitted to travel outside of the Middle District of Florida, for work purposes only.

8. The attorney for the Government, Megan Testerman has been contacted, and objects to this motion.

**WHEREFORE** the Defendant requests this Honorable Court to issue an Order modifying the conditions of Pretrial Release and to remove the special condition of GPS monitoring and replacing the condition with a call in condition; deleting the curfew; and allowing travel outside the Middle District of Florida for work purposes only.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of July 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the United States Attorney's Office; Megan Testerman, AUSA.

_____

Brice L. Aikens, B.C.S.

Fla. Bar No. 0025655

THE UMANSKY LAW FIRM

Post Office Box 533069

Orlando, Florida 32853-3069

(407) 228-3838 Fax (407) 228-9545

baikens@thelawman.net

3