# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

Case No. 6:24-Cr-91-Orl-WWB-GJK

UNITED STATES,

    Plaintiff,

vs.

ADON O. HEMLEY,

    Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

**COMES NOW** the Defendant, **Adon O. Hemley**, by and through undersigned counsel, pursuant to Title 18 U.S.C. Section 3161(c)(1), and hereby agrees to waive speedy trial in this cause.   The Defendant waives speedy trial until December 31st, 2024, and further states:

1. Undersigned counsel has explained that Title 18 U.S.C. Section 3161(c)(1) requires a speedy trial within 70 days of the date of an Information or Indictment against a Defendant.

Signed: _____
Adon O. Hemley

Page 1 of 2

2. The Defendant understands that speedy trial is only waived until December

   31st, 2024.

3. The discovery in this case is massive.  The Bates documents alone total

   more than 63,000 pages of material.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the preceding document has been furnished, via the federal e-filing portal, to the Office of the U.S. Attorney, Middle District of Florida, AUSA S. Testerman, Orlando, Florida, on this ___ day of August, 2024.

By: s/Joseph R. Johnson
    Joseph R. Johnson, Esq.
    Florida Bar No.: 0002290
    JOSEPH R. JOHNSON, P.A.
    P.O. BOX 798
    Orlando, FL  34761
    Phone: (407) 889-5401
    JRJohnsonlaw@aol.com