# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:24-cr-91-WWB-EJK**

**EMMANUEL M ALMONOR**

AUSA: Megan Testerman

Defense Attorney: Asad Ali, Retained Counsel

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **August 22, 2024**<br>2:34 P.M.-2:56 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 22 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |

### CLERK'S MINUTES
#### PLEA HEARING

Case called, appearances made, procedural setting by the Court.
Defendant placed under oath.
Court inquires of the defendant-No issue as to competency.
Defendant consents to have the Magistrate judge take his plea.
Court advises defendant of his rights, sentencing guidelines and reviews the plea agreement as stated on the record.
Defendant acknowledges his initials and signature on the original plea agreement, that the factual basis is true and enters a plea of guilty.
Court receives the guilty plea and will enter a Report and Recommendation.
Sentencing will be set by separate notice.
Defendant remains on pretrial release pending sentencing.