**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO: 6:24-cr-91-WWB-EJK

EMMANUEL M ALMONOR

_____

NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on August 22, 2024 regarding the plea of guilty entered by **EMMANUEL M ALMONOR**.

August 22, 2024

_____
Assistant United States Attorney

Copies to:
Counsel of Record