**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 6:24-cr-91-WWB-EJK

JONATHAN CARRILLO

_____

**ORDER**

Pursuant to 18 U.S.C. § 3148(b), a show cause hearing was held on the Petition for Action on Conditions of Pretrial Release (Doc. 150). Appearing were Defendant (personally), counsel for Defendant, and the Assistant United States Attorney.

Based upon the evidence received, the Court finds, by clear and convincing evidence, that Defendant failed to adhere to the Location Monitoring Program rules by violating his curfew and not maintaining a charged battery for his GPS monitor, which resulted in the monitor shutting off. Specifically, on August 16, 2024, the defendant received a "Tracker Low Battery" alert through his GPS monitor, but he did not charge the monitor. On August 16, 2024, the defendant's GPS monitor shut off due to the low battery. On August 18, 2024, according to the GPS monitor, the defendant failed to return to his residence until 10:23 p.m., which was after his 10:00 p.m. curfew.

The Defendant did not dispute the violations at the hearing. Accordingly, the Court finds, by clear and convincing evidence, that the defendant violated his

conditions of pretrial release. After argument from counsel, the Court determines that Defendant should remain on the previously ordered conditions of release.

ORDERED in Orlando, Florida on August 23, 2024.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE