UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No. 6:24-Cr-91-WWB-EJK-6

**UNITED STATES,**

   Plaintiff,

vs.

**ADON O. HEMLEY,**

   Defendant.
_____/

## MOTION TO WITHDRAW

**COMES NOW** the Defendant, **Adon O. Hemley**, by and through undersigned counsel, and hereby moves this Honorable Court to Issue an Order for the withdraw of undersigned counsel, as counsel of record, in this cause. The defense states as follows:

1. On May 3rd, 2024, undersigned counsel was appointed, pursuant to the Criminal Justice Act, to represent Adon O. Hemley in this cause.

2. On September 7th, 2024, undersigned counsel received the Notice of Appearance, filed by attorney Mark J. O'Brien, to represent Mr. Hemley in

1

this cause.

3. Since attorney Mark J. O'Brien has been privately retained by Mr. Hemley, the services of undersigned court appointed counsel are no longer necessary in this cause.

**WHEREFORE**, the Defendant and undersigned counsel hereby move this Honorable Court to issue an Order of Withdraw, as counsel of record, regarding attorney Joseph R. Johnson, Esq..

Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the preceding document has been furnished, via the e-filing system, to the Office of the United States Attorney, AUSA M. Testerman, Orlando, FL, and attorney Mark J. O'Brien, Tampa, FL, on this 7th day of September, 2024.

By: s/Joseph R. Johnson
Joseph R. Johnson, Esq.
Florida Bar No.:  0002290
JOSEPH R. JOHNSON, P.A.
P.O. BOX 798
Ocoee, FL  34761
Phone:  (407) 889-5401
JRJohnsonlaw@aol.com