## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| } | **CASE No.: 6:24-CR-91-WWB-EJK-4** |
| **v.** } | |
| } | |
| **DIANDRE MENTOR** } | |
| } | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, on behalf of the Defendant DIANDRE MENTOR, and files his notice of appearance as counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions, and all other matters pertaining to this case be sent to the physical and email address set forth below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on September 25, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,

DE Novo Law, P.A.

By: /s/ Harold D. Thompson
HAROLD D. THOMPSON
Florida Bar No. 0097355
121 S. Orange Avenue Suite 1500
Orlando, FL 32801
Tel. (407) 449-2344
Fax (407) 449-7245
E-Mail: hdthompson.denovolaw@gmail.com
Attorney for Diandre Mentor