UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.:   6:24-CR-91-WWB-EJK |
| | : | |
| ADON O. HEMLEY | : | |
| _____ | : | |

## DEFENDANT ADON O. HEMLEY'S UNOPPOSED MOTION TO TRAVEL

COMES NOW, the Defendant, ADON O. SMITH, by and through his undersigned counsel, and hereby files this his unopposed motion to travel to visit his girlfriend's family for Thanksgiving, and in support states as follows:

1. The Defendant was arrested in the Southern District of Florida on April 23, 2024, and he was released on a $100,000 personal surety bond.

    a. The Defendant surrendered his passport to Pretrial Services.

    b. The Defendant has complied with all conditions of pretrial release

2. The Defendant respectfully requests permission to travel to Sacramento, California, to visit his girlfriend's family for the Thanksgiving holiday.

    a. The departure date for the Defendant's requested travel is Thursday, November 21, 2024.

    b.    The return date for the Defendant's requested travel is Sunday, December 1, 2024.

    c.    The Defendant will stay with Lloyd, Christine, and Briana Willhite on Sunborough Lane in Sacramento during the requested travel period.

3. The Defendant will submit a detailed travel itinerary to the Pretrial Services Officer prior to the date of travel and will comply with all the Pretrial Services Officer's instructions during his travel.

4. The government does not object to this motion.

5. United States Pretrial Services in the Southern District of Florida does not object to this motion.

6. United States Pretrial Services in the Middle District of Florida does not object to this motion.

## **CONCLUSION**

WHEREFORE, the Defendant, ADON O. HEMLEY, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

Respectfully submitted,

/s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:   (813) 228-6989
E:   mjo@markjobrien.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on October 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

/s/ Mark J. O'Brien
Mark J. O'Brien, Esquire