UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No.: 6:24-CR-91-WWB-EJK |
| | : | |
| | : | |
| ADON O. HEMLEY | : | |
| _____ | : | |

**DEFENDANT ADON O. HEMLEY'S**
**UNOPPOSED MOTION TO CONTINUE GUILTY PLEA HEARING**

COMES NOW, the Defendant, ADON O. HEMLEY, by and through his undersigned counsel, and hereby files this his unopposed motion to continue his guilty plea hearing, and in support states as follows:

1. On October 31, 2024, the Court entered an endorsed order (CM/ECF Docket Entry 185) granting the Defendant permission to travel to California for the Thanksgiving holiday from November 21, 2024, through December 1, 2024.

    a. The defendant requested and received time off from his job for this court-approved travel.

2. A guilty plea hearing is currently scheduled for November 20, 2024.

3. The Defendant cannot obtain an additional day off from work in order to attend the currently scheduled November 20, 2024 guilty plea hearing.

    a.    Even if the Defendant were successful in securing an additional day off from work, it would be difficult from him to travel from South Florida to Orlando in order to attend the November 20, 2024, hearing and then drive from Orlando back to South Florida in order to make his 6:35 a.m. flight for California on November 21, 2024.

4.    A continuance of the guilty plea hearing is necessary to allow the Defendant to work as scheduled on November 20, 2024, and to make his 6:35 am flight to California on November 21, 2024, which will require him to be at the airport at 4:30 am.

5.    The Defendant will work with the government and the court to schedule a guilty plea hearing in early to mid-December 2025.

6.    The Defendant does not oppose this motion.

7.    The Government does not oppose this motion.

## **CONCLUSION**

WHEREFORE, the Defendant, ADON O. HEMLEY, by and through his undersigned counsel prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    T:    (813) 228-6989
    E:    mjo@markjobrien.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on November 14, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>Mark J. O'Brien, Esquire