UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 6:24-cr-91-WWB-EJK

ADON O. HEMLEY

**UNITED STATES' RESPONSE TO DEFENDANT ADON O. HEMLEY'S AMENDED MOTION TO CONTINUE GUILTY PLEA HEARING**

The United States respectfully opposes the defendant Adon O. Hemley's Amended Motion to Continue Guilty Plea Hearing, Doc. 197, and, in support of its response, states the following:

1. On April 10, 2024, the defendant was charged with conspiracy to defraud the United States, in violation of 18 U.S.C. § 371, and aiding in the preparation and presentation of false tax returns, in violation of 26 U.S.C. § 7206(2). Doc. 1.

2. On October 31, 2024, defense counsel and his staff contacted U.S. Magistrate Judge Embry J. Kidd's courtroom deputy via email to schedule a hearing for the defendant to plead guilty without the benefit of a plea agreement. Based on the dates provided by defense counsel and his staff, the courtroom deputy set the change of plea hearing for November 21, 2024. Doc. 187.

3. The day after the hearing was set, a member of defense counsel's staff again contacted the courtroom deputy via email, this time to state that the defendant would be traveling out of state on November 21, 2024. The staff member requested

the hearing be moved to a different date. In so doing, the staff member advised that both defense counsel and the defendant were "available after noon on 11/18 or before noon on 11/20" and specifically requested the plea hearing be set on one of those dates.

4. Based on the representations from defense counsel's office, the courtroom deputy agreed to reschedule the hearing and set it for November 20, 2024, at 10:30 a.m.—at a date and time that defense counsel's staff had advised both defense counsel and the defendant were available.

5. Now, the week before the plea hearing is set to take place, defense counsel again seeks to change the date of the plea hearing. Doc. 197. As support for the request, defense counsel states that the defendant is traveling from November 21 through December 1, 2024, for which he took time off work. *Id.* at 1. Because of this, the defendant "cannot obtain an additional day off from work in order to attend the currently scheduled November 20, 2024 guilty plea hearing." *Id.* at 2. Further, defense counsel stated that if the defendant did take off an additional day, it would be difficult for him to travel up from and back to South Florida for the hearing in light of his holiday travel schedule. *Id.*

6. But none of these proffered bases warrant a continuance of the change of plea hearing. This is particularly true because defense counsel's motion is silent as to why the defendant cannot obtain the necessary time off work to attend a court hearing at which his presence is required but can obtain time off for holiday travel. Moreover, defense counsel's motion is silent as to why the defendant cannot change

2

his holiday travel to accommodate his appearance at the change of plea hearing as ordered and required.

7. Following the defendant's arrest in this case, he was ordered released on conditions. Doc. 25-2. One of the conditions is that the defendant "[s]hall appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case." *Id.* at 1. There is no qualifier that any such court-ordered appearances be at a time that accommodates the defendant's work schedule or holiday travel.

THEREFORE, the United States requests that this Court deny the Defendant Adon O. Hemley's Amended Motion to Continue Guilty Plea Hearing.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: megan.testerman@usdoj.gov

U.S. v. ADON O. HEMLEY	Case No. 6:24-cr-91-WWB-EJK

### CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark J. O'Brien, Esq.
Attorney for Adon O. Hemley

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile:  (407) 648-7643
E-mail: megan.testerman@usdoj.gov

4