**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

                                              Case Number: 6:24-cr-91-WWB-EJK

v.

ABRYLE DE LA CRUZ

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now, undersigned attorney Ken Eulo, and files this unopposed motion to continue. As grounds for this motion the Defense provides the following:

1. The Defendant has a sentencing on 12/17/2024 at 9:30AM.

2. The Defendant has discussed this sentencing with the Government and both the Government and Defense agree that this case is not ripe for sentencing at this time.

3. There is significant work that is still pending behind the scenes, and it's in the interests of justice to continue the sentencing until after the other co-defendant's plea or after they go to trial.

4. Accordingly, the Defendant respectfully asks this Court to grant this unopposed motion to continue the sentencing until February 2025.

## **CERTIFICATE OF SERVICE**

I hereby certify that December 2nd, 2024 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

(U.S. Attorney's Office)

**By: / Ken R. Eulo**
Ken R. Eulo
Attorney, Smith & Eulo Law Firm
1105 E. Concord St.
Orlando, FL 32803
Telephone: (407) 930-8912
Fascimile: (407) 930-8914
Email: KEulo@SmithandEulo.com