## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 6:24-cr-91-WWB-EJK

ISAIAH J HAYES

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, Local Rule 1.02, and *In re: Utilization of Magistrate Judges,* Case No. 3:21-mc-1-TJC at docket no. 127 (Feb. 9, 2024), and has entered a plea of guilty to Count FIFTEEN of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for the plea. I therefore recommend that the plea of guilty be accepted. The Defendant remains on conditions of release pending sentencing.

Date:  December 17, 2024

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

### NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Copies furnished to:

Counsel of Record