# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.            CASE NO: 6:24-cr-91-WWB-EJK

**DIANDRE T MENTOR**

AUSA: Megan Testerman

Defense Attorney: Harold Thompson, Retained Counsel

| JUDGE: | **DAVID A. BAKER**<br>United States Magistrate Judge | DATE AND TIME: | **January 7, 2025**<br>11:08 A.M.-11:29 A.M. |
|---|---|---|---|
| Courtroom: | 6D | TOTAL TIME: | 21 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | |

### CLERK'S MINUTES
#### STATUS HEARING

Case called, appearances made, procedural setting by the Court.
Defendant placed under oath.
Court inquires of the defendant-No issue as to competency.
The Court did not accept defendants plea.
Court adjourned.