# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:24-cr-91-WWB-UAM**

**FRANKLIN L. CARTER JR.,**
**JONATHAN CARRILLO**
**DIANDRE T. MENTOR**

_____

AUSA: Megan Testerman

Defense Attorney: Harold Thompson, Retained Counsel
Alisia Adamson, Retained Counsel
Brice Aikens, Retained Counsel
Matthew Ferry, Retained Counsel

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **February 7, 2025**<br>10:03 A.M. – 10:21 A.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 18 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

### CLERK'S MINUTES
### ARRAIGNMENT/BOND REVOCATION HEARING/PRETRIAL HEARING

Case called, appearances made, procedural setting by the Court.
Court advises defendant of their rights.
Clerk directed to update counsel on the docket for each defendant.
Trial before Judge Berger to be continued. Parties have agreed to a future trial date.
Counsel is directed to file speedy trial waivers for their clients.
Counsel for defendants Carter Jr. and Carrillo are excused.
Court reviews the petition for Diandre Mentor.
Government informs Court they are not seeking revocation of the defendant's pretrial release.
Defendant waives formal reading of the superseding indictment and defendant pleads not guilty.
Existing scheduling order dates to remain in effect.

Defendant is released on existing conditions.
Court adjourned.