**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                          **CASE NO: 6:24-cr-91-WWB-UAM**

**DIANDRE T. MENTOR**

**ORDER SETTING CONDITIONS OF RELEASE**

  **IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

- **Defendant shall comply with all previously imposed conditions of Pretrial Release.**

**DIRECTIONS TO THE UNITED STATES MARSHAL**

__X__  The defendant is **ORDERED** released after processing.

_____  The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:    February 7, 2025

                           DANIEL C. IRICK
                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. Probation Office
United States Marshal Service
Assistant U.S. Attorney
Defendant