UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

v.                                                                        Case No: 6:24-cr-91-WWB-UAM

**FRANKLIN L CARTER, JR,**
**JONATHAN CARRILLO, AND**
**DIANDRE T. MENTOR,**

        **Defendants.**

---

**ORDER**

This matter comes before the Court following a February 7, 2025 Pretrial Hearing. Soc. 288. As stated on the record at the hearing and after further consideration of the docket filings in this case, it is **ORDERED** that:

This case is set for trial before the Honorable Wendy W. Berger, United States District Judge, for trial term commencing **June 2, 2025, at 9:00 a.m. in Courtroom #3B, Third Floor, U.S. Courthouse, 401 West Central Boulevard, Orlando, Florida.**

The deadlines set forth in Criminal Scheduling Orders in this matter (Docs. 21, 48, 86) are otherwise unchanged, and, particularly, the deadline for the filing of most motions and notices has expired. *See, e.g.*, Doc. 86 at 6, paragraphs II.B and II.C.

Further, the parties are reminded that, as set forth in the Criminal Scheduling Orders, on or before May 19, 2025 (i.e., 14 days before trial), "counsel shall file and serve a single set of jointly proposed questions for the Court to ask the venire during voir dire, a single set of proposed jury instructions, a single proposed verdict form and the parties' respective witness lists." *See, e.g.*, Doc. 86 at 6, paragraph II.G.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record, the Court finds that the ends of justice served by granting this continuance of the trial outweigh the best interest of the public and the defendants in a speedy trial. The Court, therefore, determines that the time from today until and including June 30, 2025, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

**ORDERED** in Orlando, Florida on February 7, 2025.

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE