UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO. 6:24-cr-91-WWB-UAM

DIANDRE MENTOR,

_____

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, the Defendant, DIANDRE MENTOR, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C § 3161, et seq., and the Sixth Amendment of the U.S. Constitution. This is a waiver of Mr. Mentor's speedy trial rights up to and including June 30, 2025.

_____                    Dated: 2/16/25
DIANDRE MENTOR,
Defendant

_____                    Dated: 2/16/25
ALISIA ADAMSON ESQ.,
Attorney for Defendant
Florida Bar No. 60767
Hawm Law, PLLC
641 North Rio Grande Ave
Orlando, FL 32805
T: 407-802-3223
F: 407-377-1971

## CERTIFICATE OF SERVICE

**I CERTIFY** that that on February 19th, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sarah Megan Testerman

Harold D. Thompson

Respectfully Submitted,

HAWM LAW

*/s/ Alisia Adamson*
Alisia M. Adamson, Esquire
Florida Bar No.: 60767
641 N Rio Grande Ave
Orlando, FL 32805
T: 407-802-3223
F: 407-377-1971
E:aadamson@hawmlaw.com
