UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                                                 CASE NO.: 6:24-CR-0091-WWB-EJK

ISAIAH J. HAYES,

_____/        FLORIDA BAR NO.: 0983675

## UNOPPOSED MOTION TO MODIFY TERMS OF PRETRIAL RELEASE

COMES NOW, the Defendant, ISAIAH J. HAYES, by and through undersigned counsel and files this Unopposed Motion to Modify the Terms of his pretrial release and in support hereof states:

1. Mr. Hayes is charged with five counts of aiding in the preparation of a fraudulent tax return in violation of 26 U.S.C. § 7206(2). Doc. 1.

2. On July 9th, 2024, the Court imposed on Mr. Hayes a curfew from 10:00 p.m. until 6:00 a.m. Doc. 128.

3. Mr. Hayes has since secured employment that will require him to work between the hours of 9:30 p.m. and 3:30 a.m.

4. As a result, Mr. Hayes respectfully requests the Court modify the terms and conditions of his curfew on only those nights he is scheduled to work to be between 4:00 a.m. and 6:00 a.m.

5. Mr. Hayes will provide pretrial services his work schedule to verify those nights the requested modification will be in effect. Any night he does not work, his curfew between 10:00 p.m. and 6:00 a.m. shall remain in effect.

6. The undersigned has conferred with Assistant United States Attorney Megan

Testerman who indicates the government does not oppose the relief requested herein.

        Respectfully submitted by:

        /s/ David Anthony Wilson
        DAVID ANTHONY WILSON
        201 S.W. 2nd Street, Suite 101
        Ocala, FL 34474
        (352) 629-4466
        david@dwilsonlaw.com
        Trial Attorney for Defendant
        Florida Bar No: 0983675

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26th, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Office of the United States Attorney.

        /s/ David Anthony Wilson
        DAVID ANTHONY WILSON   -