UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 6:24-CR-0091-WWB-EJK

ISAIAH J. HAYES,

_____/  FLORIDA BAR NO.: 0983675

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW the defendant, ISAIAH J. HAYES, by and through undersigned counsel and files this unopposed motion to continue the sentencing in his case as it is presently scheduled and in support submits the following:

1. Mr. Hayes is scheduled to be sentenced on April 24th, 2025.

2. There remain pending certain ancillary proceedings which necessarily involve Mr. Hayes that the government anticipates will occur after the sentencing date as presently scheduled.

3. Both the government and Mr, Hayes believe the conclusion of these matters to be necessary for the development of certain information that is critical for the Court to consider in determining an appropriate sentence.

4. The undersigned has conferred with Assistant United States Attorney Megan Testerman who agrees with the undersigned that a continuance of ninety days should be sufficient for this case to be ripe for sentencing.

5. Based on the foregoing, both Mr. Hayes and the government agree that a continuance of the sentencing is necessary.

6. As a result, a ninety-day continuance is respectfully requested.

7. The undersigned has consulted with Assistant United States Attorney Megan Testerman who has authorized the undersigned to represent that the government has no objection to, and agrees with, the relief requested herein.

DATED this 10th day of April, 2025.

        Respectfully submitted by:

        /s/ David Anthony Wilson
        DAVID ANTHONY WILSON
        201 S.W. 2nd Street, Suite 101
        Ocala, FL 34474
        (352) 629-4466
        david@dwilsonlaw.com
        Trial Attorney for Defendant
        Florida Bar No: 0983675

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Office of the United States Attorney.

        /s/ David Anthony Wilson
        DAVID ANTHONY WILSON