UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

     v.                                  CASE NO. 6:24-cr-91-WWB-UAM

FRANKLIN L. CARTER JR.
JONATHAN CARRILLO

## GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Crystal Ashley, Retired Special Agent, IRS
2. Patrick Brandon, Special Agent, IRS
3. Terri Demarest, Special Agent, IRS
4. Victoria Hernandez, Court Witness Coordinator, IRS
5. Jennifer Rey, Special Agent, IRS
6. Nikki Rothman, Revenue Agent, IRS
7. Emmanuel Almonor
8. Abryle de la Cruz
9. Kaylah Dacosta
10. Isaiah Hayes
11. Adon Hemley
12. Diandre Mentor
13. Ericka Baez

14. Fausto Lugo

15. Mesoud Abdlkader

16. Mauricio Alvarez

17. Ryan Asmar

18. Stevens Atehortua

19. Christina Baucom

20. Rebecca Bermudez

21. Billie Lay

22. Alexis Rivera

23. Joyce Sepulveda

24. Ishwar Singh

25. Taina Villegas

26. Laura Kartman, Records Custodian, EPS Financial

27. Stephan Kirsch, Records Custodian, Wells Fargo Bank

28. Zachary Chromiak, Records Custodian, Bank of America

29. Kyle Johnson, Records Custodian, Truist Bank

30. Records Custodian, Neighborhood Advance Tax

31. James Dagastino, Records Custodian, Ally Bank

32. Janet Woody, Records Custodian, Americas Credit Union

33. Joanne Coates, Records Custodian, Specialty Auto Leasing

34. Michelle Salomon, Records Custodian, Adrienne Salomon Living Trust

35. Records Custodian, American Express

36. Jeanine Joseph, Records Custodian, Angel Oak Mortgage

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov

**U.S. v. FRANKLIN L. CARTER ET AL.**        Case No. 6:24-cr-91-WWB-UAM

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Matthew Ferry
Attorney for Franklin L. Carter Jr.

Brice Aikens
Jason Reid
Attorneys for Jonathan Carrillo

*/s/ Sarah Megan Testerman*
Sarah Megan Testerman
Assistant United States Attorney
Florida Bar No. 0124884
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: megan.testerman@usdoj.gov