# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                   CASE NO: 6:24-cr-91-WWB-UAM

DIANDRE T MENTOR

_____

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 345) filed on May 8, 2025. United States Magistrate Judge David A. Baker recommends that the Court accept Defendant's plea of guilty.

After an independent *de novo* review of the record and noting that the United States filed a Notice of No Objection (Doc. 348) on May 8, 2025, as did Defendant (Doc. 347), this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 345) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The plea is accepted.

3. Defendant is hereby adjudicated guilty as to Count One of the Indictment (Doc.266).

**DONE and ORDERED** in Orlando, Florida on May 19, 2025.

 

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services