# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                       CASE NO: 6:24-cr-91-WWB-NWH

**FRANKLIN L. CARTER, JR.**

AUSA: Megan Testerman

Defense Attorney: Matthew Ferry, Retained

| JUDGE: | **NATHAN W. HILL**<br>United States Magistrate Judge | DATE AND TIME: | **June 18, 2025**<br>TIME: 1:31 P.M.-1:35 P.M. |
|---|---|---|---|
| Courtroom: | 4D | TOTAL TIME: | 4 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Ebonie Henderson-Larrame |

### CLERK'S MINUTES
#### BOND REVOCATION HEARING/SHOW CAUSE HEARING

Case called, appearances made, procedural setting by the Court.
Court advises defendant of violation.
Defendant admits to violation.
Government Oral Motion to Modify Conditions of Release is granted.
Defendant's Conditions of Release is modified. Order to enter.
Court adjourned.