# UNITEDSTATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:24-cr-91-WWB-UAM

FRANKLIN L. CARTER, JR.

## ORDER

Defendant, Franklin L. Carter, Jr, is released on existing conditions of supervised release with additional conditions as follows:

- Defendant shall participate in substance abuse testing, education, and/or treatment as directed by Pretrial Services, with costs to be borne by the defendant as determined by Pretrial Services.

**DONE** and **ORDERED** in Orlando, Florida on this 18th day of June, 2025.

**DEFENDANT SIGNATURE**

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record