# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO: 6:24-cr-91-WWB-NWH

JONATHAN CARRILLO

_____/

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

THIS CAUSE is before the Court upon the filing of a Report and Recommendation Concerning Plea of Guilty (Doc. 376) filed on May 30, 2025. United States Magistrate Judge David A. Baker recommends that the Court accept Defendant's plea of guilty.

After an independent *de novo* review of the record and noting that the 14-day objection period has expired, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 376) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The plea is accepted.
3. Defendant is hereby adjudicated guilty as to Counts One, Two, Three, and Four of the Indictment (Doc.266).

**DONE and ORDERED** in Orlando, Florida on July 11, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services