**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 6:24-cr-91-WWB-NWH

EMMANUEL M ALMONOR

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | Briana Fosah |
| **COURT REPORTER:** | Heather Suarez heather@stenosuarez.com | **PRETRIAL/PROBATION:** | Jennifer Trittipo |
| **SCHEDULED DATE/TIME:** | July 24, 2025 11:39am-12:37pm **Total Time: 58 minutes** | **INTERPRETER:** | N/A |

**MINUTES ON SENTENCING**

Defendant placed under oath.
Marie Almonor makes unsworn statement.

**SENTENCE IMPOSED as to Count One of the Indictment.**

**INCARCERATION**: FIFTY-SEVEN (57) MONTHS.

**SUPERVISED RELEASE**: 3 YEARS.
   *Special conditions of supervised release:*
   Mandatory drug testing requirements are suspended.
   Credit conditions imposed.
   Cooperate with the Internal Revenue Service.
   Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**RESTITUTION:** AMOUNT $ $12,417,161.00 to IRS-RACS.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant:
  1. Be placed at FCI Coleman for familial proximity. If Coleman is not available, then any facility in the state of Florida or states adjacent to the state of Florida.
  2. Participate in any available educational and vocational programs to include CDL.

Defendant advised of right to appeal.