**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

UNITED STATES OF AMERICA

VS.                                                      CASE NO: 6:24-cr-91-WWB-NWH

ABRYLE Y DE LA CRUZ

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | Robert Zlatkin |
| **COURT REPORTER:** | Heather Suarez<br>heather@stenosuarez.com | **PRETRIAL/PROBATION:** | Jennifer Trittipo |
| **SCHEDULED DATE/TIME:** | July 24, 2025<br>**Total Time: 49 minutes** | **INTERPRETER:** | N/A |

## MINUTES ON SENTENCING

Defendant placed under oath.

**SENTENCE IMPOSED as to Count One of the Indictment.**

Counts Eight-Twelve are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: TIME-SERVED.

**SUPERVISED RELEASE**: 3 YEARS.
    *Special conditions of supervised release:*
    Twenty-four months of supervised release shall be under home confinement.
    Mandatory drug testing requirements are suspended.
    Credit conditions imposed.
    Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**RESTITUTION:** AMOUNT $2,904,449 to IRS-RACS.

Defendant advised of right to appeal.

Time in court: 1:41pm-2:07pm; 2:14pm-2:37pm.
**Total time: 49 minutes**