**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-cr-91-WWB-NWH

ISAIAH J HAYES

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | David Wilson |
| **COURT REPORTER:** | Heather Suarez heather@stenosuarez.com | **PRETRIAL/PROBATION:** | Omayra Hernandez |
| **SCHEDULED DATE/TIME:** | July 29, 2025 **Total Time: 35 minutes** | **INTERPRETER:** | N/A |

**MINUTES ON SENTENCING**

Defendant placed under oath.

**SENTENCE IMPOSED as to Count 15 of the Indictment.**

Counts 16-20 are DISMISSED in accordance with the Plea Agreement.

**PROBATION**: FIVE (5) YEARS.
 *Special conditions of probation:*
 Mandatory drug testing requirements are suspended.
 Credit conditions imposed.
 100 hours of community service.
 Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**RESTITUTION:** $368,111 to IRS-RACS.
 Restitution shall be paid jointly and severally with Emanuel M. Almonor, Franklin L. Carter, Jr., Jonathan Carrillo, and Abryle De La Cruz.

Defendant advised of right to appeal.

Time in court: 10:36am-10:36am; 10:38am-11:12am.
**Total time: 35 minutes**