**LINDSEY & FERRY, P.A.**
ATTORNEYS AT LAW
1150 LOUISIANA AVENUE, SUITE 2
WINTER PARK, FLORIDA 32789
*MAIL:* POST OFFICE BOX 505
WINTER PARK, FLORIDA 32790-0505
TELEPHONE (407) 644-4044
FAX (407) 599-2207
www.lindseyandferry.com
www.warrenlindseylaw.com

*WARREN W. LINDSEY
MATTHEW P. FERRY

*FLORIDA BAR BOARD
CERTIFIED CRIMINAL LAW
TRIAL LAWYER

December 9, 2020

**VIA HAND DELIVERY**

Jennifer Rey
Special Agent, IRS-CI

Re: Subpoena No. 2020R00990009 issued to
Mr. Neighborhood Advance Tax, LLC

Dear Ms. Rey,

Enclosed please find 2019 Neighborhood Advance Tax, LLC Tax Training Manual as received from Mr. Franklin Carter in the above referenced matter.

Thank you very much for your professional courtesy and consideration. If you have any questions, please do not hesitate to contact me.

Very truly yours,

MATTHEW P. FERRY

MPF/pc
Enclosures

cc: Shawn P. Napier
Via Shawn.Napier@usdoj.gov

**EXHIBIT A**

**LINDSEY & FERRY, P.A.**
ATTORNEYS AT LAW
1150 LOUISIANA AVENUE, SUITE 2
WINTER PARK, FLORIDA 32789
MAIL: POST OFFICE BOX 505
WINTER PARK, FLORIDA 32790-0505
TELEPHONE (407) 644-4044
FAX (407) 599-2207
www.lindseyandferry.com
www.warrenlindseylaw.com

*WARREN W. LINDSEY
MATTHEW P. FERRY

*FLORIDA BAR BOARD
CERTIFIED CRIMINAL LAW
TRIAL LAWYER

December 23, 2020

Vis U.S. Mail

Jennifer Rey
Special Agent, IRS-CI
850 Trafalgar Court
Suite 214, Stop 9103
Maitland, FL 32751

Re: Subpoena No. 2020R00990009 issued to Neighborhood Advance Tax, LLC

Dear Agent Rey,

Enclosed please find 5 CDs which contain various documents in response to the Subpoena directed to Neighborhood Advance Tax, LLC dated October 8, 2020.

After you have reviewed the documents, please do not hesitate to contact me with any questions or concerns.

Very truly yours,

MATTHEW P. FERRY

MPF:am
Enclosures

cc: Shawn P. Napier
Via Shawn.Napier@usdoj.gov