

EXHIBIT B







