The Honorable Wendy W. Berger
District Court Judge
Jacksonville Division
Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

**Dear Judge Berger,**

My name is Olivia Helms, and I work in the hospitality industry. I am writing this letter on behalf of Franklin Carter, whom I have known for the past couple of years. We first met at my workplace, and over time, we developed a genuine friendship. In that time, I've gotten to know him well and feel confident speaking to his character.

Frank has always struck me as someone with a strong moral compass. He is honest, welcoming, giving, and deeply understanding; qualities that are rare and valuable in any person, but especially in a friend. He is one of the most hardworking individuals I know, and his ambition and determination have consistently inspired me. At a time in my life when I was feeling lost and unsure of myself, Frank reminded me of my worth. He encouraged me to see my own potential and gave me the confidence to pursue goals I had started to believe were out of reach. His belief in me reignited my motivation, and because of that, I started showing up for myself again—in work, in relationships, and in life. His impact on me has been deeply personal and lasting.

One moment that stands out to me and speaks volumes about who Frank is at his core happened when he shared with me that he regularly gives out 100 McDonald's burgers to the homeless at the beginning of each month. He explained how, having struggled himself growing up, he feels a responsibility to give back whenever he can. This act of generosity isn't for recognition, it's something that truly matters to him.

I know that this situation has had a deep impact on Frank. I truly believe he has learned from it. Life isn't perfect, and people make mistakes; sometimes in the moment, under pressure, or through poor judgment. But I know in my heart that Frank is a good, genuine man. He takes this situation seriously, and I believe he has reflected deeply on what has happened.

Frank is the kind of person others rely on. He's been through a lot in life, yet he remains strong for those around him. Most importantly, he is a devoted father. His son means the world to him. Everything he does is for that child, and it's clear to anyone who knows him how much love and

**EXHIBIT C**

responsibility he carries.

I respectfully ask that you consider Franklin Carter not simply as someone who has made a mistake, but as someone who has learned from it and continues to grow. He is not defined by this incident but by the many good and generous things he does for others, quietly and without expectation. Thank you for your time and for considering this letter.

Sincerely,
Olivia Helms

**From:** Franklin Carter <franklincarter401@gmail.com>
**Sent:** Monday, August 11, 2025 8:27 PM
**To:** Matthew Ferry <matt@lindseyferryparker.com>
**Subject:** Care for Franklin Carter Jr

To whom it may concern I am Franklin Carter Sr. Retired truck driver. I live in Atlanta Georgia retired from classic design as a delivery driver. Franklin Carter Jr.is my Son. Franklin has always been the type of person who would help his family, friends and even strangers.I personally remember a video of a man dressed up like batman giving out McDonald's bags to the homeless from his vehicle that person was Franklin Carter Jr,there were countless situations where he helped others during Xmas. Franklin started attending college classes while still in high school having good grades and making honor roll, Franklin always wanted to make a difference in other lives. Franklin has always been a dependable and honest person, very considerate of his surviving parents and grandparents, siblings,aunt's, uncle's and friends.Franklin takes his mother to dinner for her birthday every year I believe Franklin Jr has learned his lesson in any involvement with the courts. Franklin Jr has definitely learned from his mistake I'm asking that the courts doesn't treat him as a criminal. Sincerely Franklin Carter Sr.

Joshua Ceballo
3950 S US Highway 1792
Casselberry, FL 32707
321-972-8915

August 12, 2025

The Honorable Wendy W. Berger
District Court Judge
Jacksonville Division
Middle District Of Florida
300 North Hogan Street
Jacksonville, FL 32202

RE: Franklin Carter

To Whom it May Concern:

My name is Joshua Ceballo, I am an entrepreneur and long time friend of Mr. Franklin Carter. Mr. Carter and I have known each other for most of his adult life. We met through mutual contacts and have developed a friendship over the years. I have been his barber for many of those years as well.

Mr. Carter has always been a kind and generous person. Always willing to lend a hand and take care of the people around him. Over the years I have seen him care for his family and close friends. We have developed a good relationship and he has proved to be dependable and trustworthy.

It is my hope that my words would be taken into consideration when determining the character of Mr. Carter. I strongly believe Mr. Carter to be an honorable friend, a valuable member of the community, and overall a good person.

Kind Regards,


Joshua Ceballo