UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-91-WWB-NWH

JONATHAN CARRILLO

### DEFENDANT'S NOTICE OF CHARACTER LETTERS FOR SENTENCING

**COMES NOW** The Defendant Jonathan Carrillo, by and through undersigned counsel, respectfully files this notice to the court regarding his character letters for sentencing and in support states as follows:

1. Attached please find character letters in support of Jonathan Carrillo.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using CM/ECF system which will send a notice of electronic filing to Megan Testerman, Assistant United States Attorney, this 26th day of August 2025.

Respectfully submitted,

By:

_____
Brice L. Aikens, B.C.S.
Fla. Bar No. 0025655
THE UMANSKY LAW FIRM
Post Office Box 533069
Orlando, Florida 32853-3069
(407) 228-3838 Fax (407) 228-9545
baikens@thelawman.net