**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

UNITED STATES OF AMERICA

VS.                                                         CASE NO: 6:24-cr-91-WWB-NWH

FRANKLIN L CARTER, JR

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Michael Jones<br>Megan Testerman |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | Matthew Ferry |
| **COURT REPORTER:** | Heather Suarez<br>heather@stenosuarez.com | **PRETRIAL/PROBATION:** | Omayra Hernandez |
| **SCHEDULED DATE/TIME:** | August 27, 2025<br>4:08pm-4:52pm<br>**Total time: 44 minutes** | **INTERPRETER:** | Not Required |

**MINUTES ON SENTENCING**

Defendant placed under oath.

**SENTENCE IMPOSED as to Counts One, Eight, and Nine of the Superseding Indictment.**

Counts One of the underlying Indictment is DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: EIGHTY-FOUR (84) MONTHS. This term consists of a 60-month term as to Count One, and a 12-month term as to Counts Eight and Nine. Counts Eight and Nine shall run consecutively with each other and consecutive to Count One.

**SUPERVISED RELEASE**: 3 YEARS. This term consists of a 3-year term as to Count One and a 1-year term as to Counts Eight and Nine, all such terms to run concurrently.
    *Special conditions of supervised release:*
    Mandatory drug testing requirements are imposed.
    Drug aftercare conditions imposed.
    Mental health treatment conditions imposed.
    Credit conditions imposed.
    Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $150.00 is due immediately.

- 2 -

**RESTITUTION:** $12,543,946 to o IRS-RACS. Restitution shall be paid jointly and severally with co-conspirators.

The defendant is **remanded** to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant:
1. Be placed at FCI Coleman. If FCI Coleman is not available, then any facility in the state of Florida for familial proximity.
2. Participate in the Residential Drug Abuse Program (RDAP).
3. Participate in any available vocational programs to include CDL.

Defendant advised of right to appeal.