# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:24-cr-91-WWB-NWH

DIANDRE T MENTOR

| **JUDGE:** | Wendy W. Berger | **COUNSEL FOR GOVERNMENT:** | Megan Testerman |
|---|---|---|---|
| **DEPUTY CLERK:** | Regina Fermer | **COUNSEL FOR DEFENDANT:** | Alisia Adamson |
| **COURT REPORTER:** | Heather Suarez<br>heather@stenosuarez.com | **PRETRIAL/PROBATION:** | Josette Waters |
| **SCHEDULED DATE/TIME:** | August 28, 2025<br>9:32am-11:02am<br>**Total time: 1hr, 30 mins** | **INTERPRETER:** | Not Required |

## MINUTES ON SENTENCING

Defendant placed under oath.
Gislene Moorman makes unsworn statement.
Jillian Baptiste makes unsworn statement.
Marie Fleurystanis makes unsworn statement.
Briana Willhite makes unsworn statement.
Chris Willhite makes unsworn statement.
Natalie Graham makes unsworn statement.
Nadine Mentor Williams unsworn statement.

**SENTENCE IMPOSED as to Count One of the Superseding Indictment.**

Counts Five, Six, and Seven of the Superseding Indictment and the underlying Indictment are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: THIRTY-SIX (36) MONTHS.

**SUPERVISED RELEASE**: 3 YEARS.
    *Special conditions of supervised release:*
    Mandatory drug testing requirements are imposed.
    Mental health treatment conditions imposed.
    Credit conditions imposed.
    Defendant shall cooperate in the collection of DNA.

**FINE:** waived.

**SPECIAL ASSESSMENT:** $100.00 is due immediately.

**RESTITUTION:** $3,090,077 to IRS-RACS. Restitution shall be paid jointly and severally with co-conspirators.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by **4 p.m. on Friday, October 3, 2025.**

The Court recommends to the Bureau of Prisons that the defendant:
1. Be placed at FCI Miami. If FCI Miami is not available, then any facility in the state of Florida for familial proximity.
2. Participate in any available vocational and/or educational programs.

Defendant advised of right to appeal.