UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNTIED STATES OF AMERICA,
    Plaintiff,

v.                                CASE NO.: 6:24-cr-91-WWB-NWH

JONATHAN CARRILLO,
    Defendant.
_____/

## COUNSEL'S MOTION TO WITHDRAW AND TO APPOINT APPELLATE COUNSEL FOR DEFENDANT

    Undersigned counsel was retained to represent Mr. Carrillo only for trial and sentencing matters in this case. Undersigned counsel filed a Notice of Appeal for Mr. Carrillo in a timely manner in this case.

    Mr. Carrillo was sentenced to 121 months in prison, currently incarcerated and has no means of hiring appellate counsel as he is indigent. Undersigned counsel was not retained for appeal, therefore undersigned counsel hereby moves this Court to withdraw from representing Mr. Carrillo. Mr. Carrillo has been informed of this motion and has no objection.

    WHEREFORE, for the reasons stated herein, undersigned counsel would also move the Court to appoint the Office of the Public Defender or CJA appellate counsel to represent him in this appeal.

                                        Respectfully submitted,

                                                /s/*Brice L. Aikens*
                                                Brice L. Aikens, B.C.S.

Fla. Bar No. 0025655
THE UMANSKY LAW FIRM
Post Office Box 533069
Orlando, Florida 32853-3069
(407) 228-3838
Fax (407) 228-9545
baikens@thelawman.net
