**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.

ISAIAH J HAYES

Case No. 6:24-cr-91-AGM-NWH

## ORDER SETTING CONDITIONS OF RELEASE

This cause comes before the Court for consideration after an initial appearance on revocation of probation proceedings. For the reasons stated on the record, the Court denies the motion.

Accordingly, it is **ORDERED** that:

1. Defendant Isaiah Hayes release is subject to the following conditions and provision:

- Defendant shall comply with all previously imposed conditions of Probation: and

2. The United States Marshal is directed to release Defendant after processing.

Date: February 10, 2026

_____
NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record