**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA** { **CASE NO.:6:24-CR-00091-WWB-EJK-5**
{
v. {
{
**ABRYLE Y DE LA CRUZ** {

---

**MOTION FOR EARLY TERMINATION OF PROBATION**

**COMES NOW** the Defendant, Abryle De La Cruz, proceeding **pro se**, and respectfully moves this Honorable Court for early termination of probation pursuant to applicable federal law. In support thereof, Defendant states:

1. On July 24, 2025, Defendant began serving a term of probation imposed by the Court.
2. Defendant's term of probation is 3 years in duration. As of the filing of this motion, Defendant has served approximately 12 months, representing approximately one third of the total term imposed.
3. Throughout the period of supervision, Defendant has fully complied with every condition imposed by the Court and the United States Probation Office, including all reporting requirements.
4. Defendant has incurred no violations, arrests, or disciplinary actions while under supervision.
5. Defendant has remained current on all court-ordered financial obligations, including restitution, fines, and fees.
6. Defendant has maintained full-time employment as a Licensed Esthetician since June 2024, including throughout the entirety of her supervision, demonstrating stability, responsibility, and a sustained commitment to lawful and productive employment.
   a. Defendant has received professional recognition within her field as a Licensed Esthetician, having been featured in a national publication while under supervision, reflecting her professional development and positive contribution to her community.
7. Defendant's supervising probation officer has permitted Defendant to submit this request to the Court.
8. Defendant respectfully submits that she has achieved the goals of supervision, including rehabilitation, deterrence, and protection of the

public, and that continued supervision is no longer necessary to serve the interests of justice.

9. Defendant has demonstrated through her conduct that she can remain law-abiding and productive without continued court supervision.

**WHEREFORE,** Defendant respectfully requests that this Honorable Court enter an order terminating probation and granting such further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Assistant United States Attorney and all parties entitled to receive such notice, on this 6th day of July, 2026.

By: ______________________

Abryle De La Cruz
543 Astera Winds Ln.
Lake Mary, FL 32746
407-989-3773
Abryle93@gmail.com
**Pro Se Defendant**