FILED - USDC - FLMD - ORL
JUL 6 2026 AM11:49

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA** { **CASE NO.:6:24-CR-00091-WWB-EJK-5**
{
v. {
{
**ABRYLE Y DE LA CRUZ** {

---

**MOTION FOR EARLY TERMINATION OF HOME CONFINEMENT**

**COMES NOW** the Defendant, Abryle De La Cruz, proceeding **pro se**, and respectfully requests that this Honorable Court terminate the remaining portion of her home confinement. In support thereof, Defendant states:

1. On July 24, 2025, Defendant began serving a sentence that included a term of home confinement and probation.
2. Defendant's term of home confinement is 2 years in duration. As of the filing of this motion, Defendant has served approximately 12 months, representing approximately 50% of the total term of home confinement.
3. Since the commencement of supervision, Defendant has fully complied with all conditions imposed by the Court and the United States Probation Office.
4. Defendant has not incurred any violations, arrests, or disciplinary actions while under supervision.
5. Defendant has remained current on all court-ordered financial obligations, including restitution, fines, and fees.
6. Defendant has maintained full-time employment as a Licensed Esthetician since June 2024, including throughout the entirety of her supervision, demonstrating stability, responsibility, and a continued commitment to lawful and productive employment.
    a. Defendant has received professional recognition within her field as a Licensed Esthetician, having been featured in a national publication. This recognition reflects Defendant's sustained lawful employment, professional development, and positive contribution to her industry and community while under supervision.
    b. Defendant is the primary caregiver of a minor child and is solely responsible for managing the child's daily needs, educational

activities, appointments, and overall care. Continued home confinement imposes limitations on Defendant's ability to effectively fulfill these responsibilities.

7. Defendant has maintained a stable residence throughout her period of supervision.
8. Defendant's supervising probation officer has permitted Defendant to file this motion.
9. Defendant respectfully submits that continued home confinement is no longer necessary to achieve the purposes of sentencing, deterrence, public safety, or rehabilitation.
10. Defendant has demonstrated responsibility, accountability, and sustained compliance with all conditions imposed by the Court.

**WHEREFORE,** Defendant respectfully requests that this Court grant early termination of home confinement and permit Defendant to continue serving any remaining term of probation under the conditions deemed appropriate by the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Assistant United States Attorney and all parties entitled to receive such notice, on this 6th day of July, 2026.

By: ________________

Abryle De La Cruz
543 Astera Winds Ln.
Lake Mary, FL 32746
407-989-3773
Abryle93@gmail.com
**Pro Se Defendant**